UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN L. BLAKE,
    Plaintiff,

vs.	Case No.:  3:23cv8553/LAC/ZCB

J CARTER, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 3, 2024.  (Doc. 33).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (Doc. 33) is adopted and incorporated by reference in this order.

    2.    Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 31) is **DENIED**.

3.   This matter is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 23rd day of February, 2024.

　　　　　　　　　　　　　　　　s/*L.A. Collier*
　　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**