UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN L. BLAKE,
 Plaintiff,

vs.             Case No.: 3:23cv8553/LC/ZCB

LT. J. CARTER, et al.,
 Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 12, 2024. (Doc. 75). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 75) is adopted and incorporated by reference in this order.

2. The Defendants' Motion to Dismiss (Doc. 67) is **GRANTED**.

3. This action is **DISMISSED without prejudice**, under 28 U.S.C. § 1915(e)(2)(B)(i), as a malicious abuse of the judicial process.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 16th day of December, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**